

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2014

No. 04-14-00593-CV

**IN THE INTEREST OF A.R.E.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01424
Honorable Charles E. Montemayor, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Tex. R. App. P. 20.

It is so **ORDERED** on September 24. 2014.

_____
Catherine, Chief Stone

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2014.

_____
Keith E. Hottle, Clerk